# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ARMANI FREEMAN<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:25-MJ-634<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 19, 2025__ in the city/county of __Arlington__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 39B(b)(1) | Did knowingly and without authorization operate an unmanned aircraft within a runway exclusion zone |
| 49 U.S.C. § 46307 | Did knowingly and without authorization operate an unmanned aircraft within a national defense restricted zone |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

April Russo/Christopher Galarza
*Printed name and title*

THOMAS G PATTINSON *Digitally signed by THOMAS G PATTINSON*
*Date: 2025.11.05 11:42:14 -05'00'*
*Complainant's signature*

Thomas Pattinson, TFO Federal Air Marshal
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ *(specify reliable electronic means)*.

Date: November 6, 2025

City and state: Alexandria, Virginia

Lindsey R Vaala *Digitally signed by Lindsey R Vaala*
*Date: 2025.11.06 12:04:52 -05'00'*
*Judge's signature*

Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*