IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARMANI FREEMAN | Case No. 1:25-MJ-634 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND SUMMONS**

I, Thomas Pattinson, being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Federal Air Marshal (FAM) of the Transportation Security Administration (TSA) and have been so employed for nineteen (19) years. I am also a Task Force Officer with the FBI's Joint Terrorism Task Force and have been so assigned since July of 2021. I am currently assigned to the Washington Field Office (WFO) of the FBI, where I investigate violations of federal law that occur within the airport environment, on-board aircraft, and the airspace over the U.S. I have received training and am familiar with the relevant federal statutes, including under Titles 18 and 49 of the United States Code, and have conducted numerous investigations into offenses that have occurred upon aircraft.

2. This affidavit is submitted in support of a criminal complaint and summons for Armani FREEMAN ("FREEMAN"), who, on or about June 19, 2025, in the Eastern District of Virginia, did knowingly and without authorization operate an Unmanned Aircraft System ("UAS" or "drone") in violation of 18 U.S.C. § 39B(b)(1) and 49 U.S.C. § 46307.

3. The facts and information contained in this affidavit are based upon my personal observations during this investigation, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact and matter observed by me or known to the United States.

## PROBABLE CAUSE

4. On Thursday June 19, 2025, at approximately 12:45 A.M., Pentagon Force Protection Agency (PFPA) Operations Center reported an electronic detection at of an unauthorized UAS operating in the vicinity of the Crystal City area of Arlington, VA heading towards the Pentagon at an altitude of approximately 400 feet. This airspace is designated by the Federal Aviation Administration (FAA) as National Defense Airspace and defined as a Runway Exclusion Zone, which is airspace through which manned aircraft taking off and landing at Ronald Reagan-Washington National Airport ("DCA") fly through during the course of airport operations. Aircraft, manned or unmanned, require permission and coordination with DCA to fly within the aforementioned airspace for primarily safety of flight reasons. Unauthorized drone flights within the Runway Exclusion Zone could, at a minimum, cause disruption to manned civilian or military air traffic and at a maximum a crash or mid-air collision of manned aircraft by causing damage to the body of a manned aircraft or by being ingested into its turbofan (colloquially known as "jet") engines. PFPA requested Arlington County Police Department (ACPD) assistance in locating the UAS and the operator.

5. At approximately 12:48 A.M., an ACPD uniformed officer responded to the area of South Fern Street and 22nd Street South but was unable to locate any drone or its operator. At approximately 1:00 A.M. a second call from PFPA was made to ACPD reporting another

electronic detection of the drone around 1200 block of Crystal Drive, which is less than mile from DCA, and within the Eastern District of Virginia. Upon arrival to that location, the officer observed two males looking at an electronic device and subsequently looking skyward.

6. The ACPD officer observed one of the males to be in control of the device and asked if he was flying a drone. The male stated he was, and ACPD requested he immediately land the drone.

7. The operator was identified as Armani FREEMAN, with a date of birth in July of 1991. FREEMAN provided his FAA Remote Pilot certificate. The drone he was flying was identified as a DJI Air 3.

8. The minimum requirements to obtain a FAA Remote Certificate are to be at least 16 years old; be able to read, speak, write, and understand English; be in physical and mental condition to safely fly a drone; and pass the initial aeronautical knowledge exam: "Unmanned Aircraft General- Small (UAG)." To become a drone pilot an individual must first obtain an FAA Tracking Number (FTN) by creating an Integrated Airman Certification and Rating Application (IACRA) profile prior to registering for a knowledge test. Once the FTN is obtained, an individual may then schedule an appointment with a FAA-approved Knowledge Testing Center to take the UAG exam. The exam consists of 60 questions and a score of 70% or higher is required to pass. Topics of the exam include, but are not limited to, airspace classification and operating requirements, and flight restrictions affecting UAS operation; aviation weather sources and effects on UAS performance; emergency procedures; airport operations; and operation at night. After completing the test, submitting the Certificate application, and passing a TSA security background check, the Remote Pilot Certificate is issued. The Certificate is required to be with the pilot in command whenever the UAS is flown.

9.  DJI drones are installed with a geofence warning that indicates that the drone is entering or is near a restricted airspace, such as an airport or government facility. A warning is displayed on the operator's controller and requires the pilot to acknowledge they are taking full responsibility for the flight in that area. Examination of the DJI Air 3 at issue in this case reflects that this warning was presented to FREEMAN and he acknowledged it.

10. FREEMAN stated he was flying the drone over the Potomac River attempting to take photographs and videos of the Washington D.C. skyline and the Washington Monument. FREEMAN showed the ACPD officer images captured during his flight which included flying over and in the vicinity the 14th Street Bridge, the bridge that refers to the three bridges near each other that cross the Potomac River, connecting Arlington, Virginia and Washington, D.C. ACPD noted that the 14th Street Bridge is directly under the approach course for DCA Runways 19 and 15.

11. Pursuant to a federal search warrant issued by United States Magistrate Judge Ivan Davis, a forensic examination of the drone was completed and revealed the flight paths of the drone from June 19, 2025, as shown below in sample images (Images 1-3), and, also recovered from the forensic examination, was a machine vision photo (Image 4) of an individual taken by the drone's obstacle avoidance sensors:



*Image 1: View of the two flights within FAA airspace classification. The red shaded area represents the airspace classifications.*



*Image 2: View of the distance of the closet point of first flight in relation to DCA Runways 15 and 19*



*Image 3:* View of the distance of the closest points of the second flight in relation to DCA Runways 15 and 19.



*Image 4:* A machine vision photo of an individual taken by the drone's obstacle avoidance sensors during takeoff (Note: This individual matches the DMV photo of FREEMAN and visual depictions of FREEMAN on ACPD Body Worn Camera recorded on June 19, 2025).

## RELEVANT STATUTES AND REGULATIONS

12. The FAA is an agency within the United States Department of Transportation responsible for the control and use of navigable airspace within the United States. The FAA created the National Airspace System (NAS) to protect persons and property on the ground, and to establish a safe and efficient airspace for civil, commercial, and military aviation. In the FAA Modernization and Reform Act of 2012, the FAA was charged with safely integrating small UAS ("sUAS"), commonly referred to as "drones," into the NAS.

13. The Washington D.C. Metropolitan Area Special Flight Rules Area (DC SFRA) is roughly a circular area with a 30 nautical mile (about 33 statute miles) radius around Washington, D.C., and surrounds the Flight-Restricted Zone (FRZ). There are several requirements for aircraft flying within the SFRA:

   a) Pilots must obtain an advanced clearance from FAA air traffic control to fly within, into, or out of the SFRA.

   b) Aircraft flying within the SFRA must have an altitude-encoding transponder and it must be operating.

   c) FAA air traffic control must assign a four-digit number that identifies the aircraft by call sign or registration number when it gives a pilot clearance to fly in the SFRA.

   d) While flying within the SFRA, the pilot must be in direct contact with air traffic control unless cleared to the local airport traffic advisory frequency.

14. The Flight-Restricted Zone (FRZ) extends approximately 15 nautical miles (about 17 statute miles) around DCA. The airport is in Arlington County, VA, four miles from downtown Washington, D.C. The FRZ has been in effect since September 11, 2001. The only non-governmental flights allowed within the FRZ without a waiver are scheduled commercial flights into and out of DCA.

15. Title 49 ("Transportation"), United States Code, Section 40103(b)(1) directs the Administrator of the FAA to prescribe "air traffic regulations on the flight of aircraft (including regulations on safe altitudes) for navigating, protecting, and identifying aircraft; protecting individuals and property on the ground; using the navigable airspace efficiently; and preventing collision between aircraft, between aircraft and land or water vehicles, and between aircraft and airborne objects." Section 40103(b)(3) further requires the Administrator of the FAA, in consultation with the Secretary of Defense, to establish areas in the NAS the Administrator decides are "necessary in the interest of national defense; and by regulation or order, to restrict or prohibit flight of civil aircraft that the Administrator cannot identify, locate, and control with available facilities in those areas."

16. Pursuant to Title 49, United States Code, Section 40103(b)(3), the FAA has prohibited all UAS flights within the airspace defined in NOTAMs, including FAA NOTAM 0/5116, as "National Defense Airspace." These prohibitions apply to all UAS flights, regardless of the type or purpose, from the ground up to 400 feet, 24 hours a day, 7 days a week, at over one thousand locations, including airspace over military installations, energy facilities, certain national parks, and over numerous federal correctional institutions operated by the United States Bureau of Prisons ("BOP").

17. Title 49, United States Code, Section 46307 prohibits a person from knowingly or willfully violating the "National Defense Airspace," as prescribed under Section 40103(b)(3), or any regulation prescribed, or order issued under Section 40103(b)(3). The National Defense Airspace at issue in this case is the Washington, DC Metropolitan Area Restricted Zone and the Washington, DC Metropolitan Area Special Flight Rules Area, as defined by Title 14 Code of Federal Regulations Section 93.335.

18. Title 18, United States Code, Section 39B(b)(1) further makes it a crime for any person, without authorization, to knowingly operate an unmanned aircraft within a "Runway Exclusion Zone." The "Runway Exclusion Zone" is defined, in Title 18, United States Code, Section 39B(b)(2), as "a rectangular area centered on the centerline of an active runway of an airport immediately around which the airspace is designated as class B, class C, or class D airspace at the surface under part 71 of title 14, Code of Federal Regulations; and the length of which extends parallel to the runway's centerline to points that are 1 statute mile from each end of the runway and the width of which is ½ statute mile."

///

///

///

///

///

///

///

## CONCLUSION

19. Based upon the foregoing, I submit there is probable cause to believe that on or about June 19, 2025, the defendant, FREEMAN, did, while in the Eastern District of Virginia, knowingly operate his drone in airspace that is designated by the FAA as National Defense Airspace, in violation of Title 49, United States Code, Section 46307, and within the Runway Exclusion Zone of DCA, in violation of Title 18, United States Code, Section 39B(b)(1).

Respectfully submitted,

THOMAS PATTINSON (Affiliate)
Digitally signed by THOMAS PATTINSON (Affiliate)
Date: 2025.11.06 11:53:57 -05'00'

Thomas Pattinson
Federal Air Marshal / Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to by telephone,
as provided in Fed. R. Crim. P. 4.1,
on November 6, 2025 at 12:05 pm

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2025.11.06 12:04:13 -05'00'

The Hon. Lindsey R. Vaala
United States Magistrate Judge